**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-2310**

MERLE T. RUTLEDGE, JR.,

              Plaintiff - Appellant,

       v.

OFFICER ROACH OF THE CHATHAM, VA POLICE DEPARTMENT,

              Defendant – Appellee,

       and

TOWN OF CHATHAM, VIRGINIA; CHATHAM, VA POLICE DEPARTMENT;
CHIEF MARTIN WRIGHT OF THE CHATHAM, VA POLICE DEPARTMENT;
PITTSYLVANIA COUNTY BOARD OF SUPERVISORS; GOVERNOR OF
VIRGINIA BOB MCDONNELL; VIRGINIA ATTORNEY GENERAL KENNETH T.
CUCCINELLI, II; THE HONORABLE GOVERNOR OF ARIZONA JAN
BREWER; ARIZONA ATTORNEY GENERAL TERRY GODDARD; STATE OF
VIRGINIA; CITY OF DANVILLE, VA; CITY OF DANVILLE, VA POLICE
DEPARTMENT,

              Defendants.

Appeal from the United States District Court for the Western
District of Virginia, at Danville.  Jackson L. Kiser, Senior
District Judge.  (4:10-cv-00035-JLK-MFU)

Submitted:  February 28, 2011          Decided:  March 4, 2011

Before TRAXLER, Chief Judge, and KING and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Merle T. Rutledge, Jr., Appellant Pro Se.  Martha White Medley, Michael Anthony Nicholas, DANIEL, MEDLEY & KIRBY, PC, Danville, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Merle T. Rutledge, Jr., appeals the district court's orders dismissing his 42 U.S.C. § 1983 (2006) complaint and denying his motion to amend his complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Rutledge v. Roach, No. 4:10-cv-00035-JLK-MFU (W.D. Va. Sept. 30 & Nov. 18, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED